UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-982(DSD/RLE)

William Richard Iverson,

       Petitioner,

v.                                                 **ORDER**

State of Minnesota and
Warden Jessica Symmea,

       Respondents.

This matter is before the court upon petitioner's pro se objections to the report and recommendation of Chief Magistrate Judge Raymond L. Erickson dated October 30, 2007. In his report, the magistrate judge recommends that petitioner's amended petition for a writ of habeas corpus be denied in part.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Petitioner objects to the report and recommendation on several grounds but provide no apposite legal authority or argument to support his contentions. Indeed, petitioner's objections are largely incomprehensible. The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 25] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for a writ of habeas corpus [Doc. No. 1] is denied and dismissed with prejudice as to Ground One, which alleges a violation of due process.

2. The court reserves judgment as to Ground Two, which alleges unlawful civil commitment and involuntary administration of medicine, until the parties complete further briefing to address the merits of those claims.

Dated:  November 27, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court
