UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-982(DSD/RLE)

William Richard Iverson,

      Petitioner,

v.                                                **ORDER**

State of Minnesota, and
Warden Jessica Symmea,

      Respondents.


This matter is before the court upon petitioner's pro se objection to the report and recommendation of Magistrate Judge Raymond L. Erickson dated September 29, 2008. In his report, the magistrate judge recommends that petitioner's 18 U.S.C. § 2254 petition for Habeas Corpus be denied and the petition be dismissed with prejudice.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation [Doc. No. 66] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   Petitioner's objection [Doc. No. 67] to the magistrate judge's report and recommendation [Doc. No. 66] is denied; and

2.   This action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 24, 2008

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court